# MEMORANDUM DECISIONS.

---

AUSTRALIAN KNITTING CO. v. WRIGHT'S HEALTH UNDERWEAR CO. (Circuit Court of Appeals, Second Circuit. February 4, 1903.) No. 58. Appeal from the Circuit Court of the United States for the Southern District of New York. Motion for leave to apply to the Circuit Court to reopen cause on the ground of newly discovered evidence. See (C. C.) 115 Fed. 527. L. C. Raegener, for the motion. W. P. Preble, Jr., opposed. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The motion to call mandate and amend instructions to the court below, so as to permit that court to order a rehearing and consider newly discovered evidence, is denied, because it has not been satisfactorily made to appear that the defendant could not have discovered the new evidence, if reasonable diligence had been exercised.